IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DE'ERICA INGRAM, Individually and as Independent Administrator of the Estate of DEONSHA RAMONA JONES, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GRANITE CITY ILLINOIS HOSPITAL COMPANY, LLC d/b/a Gateway Regional Medical Center, DENNIS HURFORD, M.D., GRANITE CITY CLINIC CORP. d/b/a Gateway Medical Group,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 21-cv-1191-SPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE UNITED STATES OF AMERICA TO WITHDRAW DEFENDANT'S MOTION TO COMPEL

The defendant, United States of America, by its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Laura J. Jones, Assistant United States Attorney, moves this Court to withdraw its Motion to Compel (Doc. 33) and states as follows:

1. On September 16, 2022, defendant, United States of America, filed its Motion to Compel against plaintiff who had not responded to defendant's Request for Production. (Doc. 33). The Court ordered plaintiff to file a response by October 11, 2022. (Doc. 34 text).

2. On September 21, 2022, counsel for defendant, United States of America, received plaintiff's responses.

3. The United States of America now seeks to withdraw its Motion to Compel. (Doc. 33).

WHEREFORE, defendants, United States of America, requests that the Court allow the United States to withdraw its Motion to Compel (Doc. 33).

UNITED STATES OF AMERICA

RACHELLE AUD CROWE
United States Attorney

**s/ Laura J. Jones**
LAURA J. JONES
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, IL 62208-1344
Phone: (618) 628-3700
Fax: (618) 622-3810
E-mail:  Laura.Jones@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically filed the **MOTION TO WITHDRAW MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record who have appeared in this action:

Steven E. Katzman
Daniel C. Katzman
Katzman & Sugden, LLC
300 South Charles Street
Belleville, IL 62220

**s/ Laura J. Jones**
LAURA J. JONES
Assistant United States Attorney